**Order entered August 15, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00682-CV

## SUSAN ANN FISHER, Appellant

### V.

## MEDICAL CENTER OF PLANO, ET AL., Appellees

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-01240-2016**

## ORDER
Before Justices Lang-Miers, Evans, and Stoddart

Before the Court are the following motions filed by appellant:

1.  Motion to Modify the Order - filed August 1, 2016;

2.  Supplemental Motion for Review of Order on Contest and Request for Rehearing on Order Sustaining Contest of Indigence of Susan Ann Fisher and Request for Extension of Time to File Response to Order and Memorandum - filed August 1, 2016;

3.  Appellant's Motion for a Security Bond For Jury Trial - filed August 3, 2016; and

4.  Supplement to the Appellant's Motion for a Security Bond for Jury Trial - filed August 9, 2016.

We construe the August 1, 2016 motions as a motion for rehearing of this Court's July 29, 2016 opinion and order affirming the trial court's order sustaining the contests to appellant's affidavit of indigence. We **DENY** the motion.

We **DENY** appellant's motion for a security bond for jury trial as supplemented.

The deadlines set forth in this Court's July 29, 2016 order remain in force.

/s/     ELIZABETH LANG-MIERS
        JUSTICE